UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-cr-221 (CJN) |
| | ) | |
| NICK SAVOY | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENT TO SENTENCING MEMORANDUM**

Nick Savoy, though undersigned counsel, respectfully supplements his Sentencing Memorandum with photographs of him and his family, submitted by April Blue.







Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500